IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICK NICHOLS,

Plaintiff,

v.

INTERNATIONAL BROTHERHOOD
OF TEAMSTERS LOCAL UNION NO. 50,

Defendant.                                              Case No. 12-cv-853-DRH-PMF

## ORDER

**HERNDON, Chief Judge:**

Before the Court is defendant's motion for judgment on the pleadings, seeking judgment on the pleadings with respect to plaintiff's claims of retaliation for the exercise of free speech under the Labor-Management Reporting and Disclosure Act, 29 U.S.C. §§ 411-15, libel and slander, and enforcement of settlement agreement (Doc. 13). Thus, defendant seeks judgment in its favor as to the entirety of plaintiff's amended complaint (Doc. 10). Plaintiff's deadline of October 9, 2012, for responding to defendant's instant motion has long-since passed. Pursuant to LOCAL RULE 7.1(c), the Court deems plaintiff's failure to respond as an admission of the merits of defendant's motion. SDIL-LR 7.1(c). Accordingly, defendant's motion is **GRANTED** (Doc. 13). Thus, plaintiff's claims are dismissed with prejudice. Judgment shall be entered in favor of defendant as

to all counts of plaintiff's amended complaint. The Clerk is instructed to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 26th day of October, 2012.

Digitally signed by David R. Herndon
Date: 2012.10.26 15:26:00 -05'00'

**Chief Judge**
**United States District Court**