UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

PATRICK NICHOLS,

Plaintiff,

v.

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS LOCAL UNION NO. 50,

Defendant.                                    No. 12-cv-853-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Defendant's Motion for Judgment on the Pleadings.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 26, 2012, this case is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:      /s/*Sara Jennings*
         **Deputy Clerk**

Dated:   October 26, 2012

Digitally signed by
David R. Herndon
Date: 2012.10.26
15:59:15 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT